UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:
  CARLA Y DENNIS

        Debtor
  SSN XXX-XX-1527

CASE NO. 06 B 14620

CHAPTER 13

JUDGE: BRUCE W BLACK

------------------------------------------------------------
TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

  1.  The case was filed on 11/08/06 and confirmed on 03/15/07.

  2.  The case was dismissed after confirmation, 03/07/2008.

  3.  The Debtor paid a total of $  7189.50 .

  4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SELECT PORTFOLIO SERVICI | CURRENT MORTG | .00 | .00 | .00 |
| SELECT PORTFOLIO SERVICI | MORTGAGE ARRE | .00 | .00 | .00 |
| HSBC MORTGAGE SERVICES | SECURED | .00 | .00 | .00 |
| HSBC MORTGAGE SERVICES | MORTGAGE ARRE | 1733.53 | .00 | .00 |
| LITTON LOAN SERVICING IN | CURRENT MORTG | .00 | .00 | .00 |
| LITTON LOAN SERVICING IN | MORTGAGE ARRE | .00 | .00 | .00 |
| UMLI/UM CAPITAL | SECURED | .00 | .00 | .00 |
| UMLI/UM CAPITAL | MORTGAGE ARRE | .00 | .00 | .00 |
| WILSHIRE CREDIT CORP | CURRENT MORTG | .00 | .00 | .00 |
| WILSHIRE CREDIT CORP | MORTGAGE ARRE | .00 | .00 | .00 |
| WILSHIRE CREDIT CORP | SECURED | .00 | .00 | .00 |
| WILSHIRE CREDIT CORP | MORTGAGE ARRE | 900.00 | .00 | .00 |
| WILL COUNTY TREASURER | SECURED | 7100.00 | .00 | 5595.21 |
| AFNI | UNSECURED | NOT FILED | .00 | .00 |
| BERLIN WHEELER | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 1936.95 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 983.42 | .00 | .00 |
| AFNI/VERIZON | UNSECURED | 1545.74 | .00 | .00 |
| WILL COUNTY TREASURER | SECURED | 1800.00 | .00 | 1314.09 |
| ILLINOIS DEPT REVENUE | PRIORITY | 66.78 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ILLINOIS DEPT REVENUE | UNSECURED | 8.50 | .00 | .00 |
| MIDLAND CREDIT MGMT | UNSECURED | 313.46 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 11533.53 | 66.78 | 4788.07 | .00 | 16388.38 |

```
PRINCIPAL PAID              6909.30          .00          .00          .00       6909.30
INTEREST PAID                   .00          .00          .00          .00           .00
TOTAL PAID                  6909.30          .00          .00          .00       6909.30
```

The Debtor's attorney, LAW OFFICE OF JOHN J LYNCH PC , was allowed $   3000.00
and was paid $   1026.00  direct and $      .00  through the plan.

The Trustee received $    280.20 .

Refunds to the Debtor totaled $      .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 06/24/08                   /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE